UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-477-FDW
(3:12-cr-188-FDW-DSC-2)

| | |
|---|---|
| ALAN BOYD DONTA BARNETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's *pro se* "Motion Requesting Copy of Government's Response in a Title 28 U.S.C. § 2255 Habeas Motion Proceeding," (Doc. No. 14). Petitioner alleges that he did not receive a copy of the Government's Response and he seeks a set deadline by which to file a Reply. The Motion will be granted as follows.

The Clerk of Court will be instructed to mail Petitioner a copy of the Government's Response as a courtesy. He may file a Reply by November 21, 2018.

**IT IS HEREBY ORDERED** that

1. Petitioner's Motion, (Doc. No. 4), is **GRANTED.**

2. Petitioner may file a Reply to the Government's Response by November 21, 2018.

2. The Clerk of Court is instructed to mail Petitioner a copy of the Government's Response, (Doc. No. 11).

Signed: November 5, 2018

Frank D. Whitney
Chief United States District Judge